**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA  :

             **CRIMINAL NOS. 21-357 & 22-313**

v.           :

ERNEST PRESSLEY    :
 a/k/a "Ern"

**O R D E R**

AND NOW, this ___ day of September, 2022, it is hereby

**O R D E R E D**

that (1) the indictment in Criminal Number 21-357, (2) the information in Criminal Number 22-313, and (3) the government's Change of Plea Memorandum filed under both Criminal Numbers 21-357 and 22-313, be UNSEALED until further order of the Court.   IT IS FURTHER

**O R D E R E D**

that the remaining docket entries under both Criminal Numbers 21-357 and 22-313 shall be SEALED and IMPOUNDED until further order of the Court, with the exception that all future filings from the date of this Order shall be unsealed and appear as public docket entries on Criminal Numbers 21-357 and 22-313 unless this Court is presented with, and grants, a motion to seal and impound a specific docket entry for good cause.

This motion and accompanying order are SEALED and IMPOUNDED until further order of the Court.

BY THE COURT:

_____
HONORABLE EDUARDO C. ROBRENO
*Senior Judge, United States District Court*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | | **CRIMINAL NOS. 21-357 & 22-313** |
| **v.** | : | |
| **ERNEST PRESSLEY** | : | **FILED UNDER SEAL** |
| **a/k/a "Ern"** | | |

### GOVENRMENT'S MOTION TO UNSEAL CERTAIN DOCKET ENTRIES PREVIOSLY IMPOUNDED AND TO MAKE PUBLIC ALL FUTURE FILINGS UNLESS OTHERWISE ORDERED BY THE COURT

The United States of America, by and through its attorneys, Jacqueline C. Romero, United States Attorney for the Eastern District of Pennsylvania, and Justin Ashenfelter, Assistant United States Attorney for the district, moves to unseal certain documents in Criminal Numbers 21-357 and 22-313 – specifically, (1) the indictment in Criminal Number 21-357, (2) the information in Criminal Number 22-313, and (3) the government's Change of Plea Memorandum filed under both Criminal Numbers 21-357 and 22-313 – and in support of this motion states as follows:

1.      On September 8, 2021, the defendant was indicted by a grand jury sitting in the Eastern District of Pennsylvania and charged with one count of conspiracy to commit murder-for-hire, and two counts of use of interstate commerce facilities in the commission of murder-for-hire, in violation of 18 U.S.C. § 1958(a). The case was docketed under Criminal Number 21-357, and upon a motion to seal by the government, the entire docket was impounded by order of the Court.

2.      On September 9, 2022, the government filed an information charging the defendant with two counts of use of interstate commerce facilities in the commission of murder-for-hire, in violation of 18 U.S.C. § 1958(a). The case was docketed under Criminal Number 22-

313, and upon a motion to seal by the government, the entire docket was impounded by order of the Court.

3.      The defendant is scheduled to enter guilty pleas on both dockets on September 21, 2022, at which time the government requests that the Court unseal (1) the indictment in Criminal Number 21-357, (2) the information in Criminal Number 22-313, and (3) the government's Change of Plea Memorandum filed under both Criminal Numbers 21-357 and 22-313. The government submits that there no longer a need to seal these documents, as the public's right of access to these documents outweighs any government interest in protecting its ongoing criminal investigation, and these documents are unrelated to cooperation.

4.      The government requests that the remaining docket entries in both Criminal Numbers 21-357 and 22-313 remain impounded until further order of the Court, because they reference potential cooperation, specific details identifying the victims by name, and the other details of the parties' plea negotiations and communications between counsel. The government submits that this information is sensitive in nature, and continued sealing protects the integrity of its ongoing investigation and future cooperation efforts, as well as the safety of the victims' families, and outweighs the public's right of access.

5.      The government further requests that, from the date of this order, any entry on the dockets under Criminal Numbers 21-357 and 22-313 shall be unsealed and made public unless otherwise ordered by the Court on motion by the parties. Accordingly, the government requests that (1) the indictment in Criminal Number 21-357, (2) the information in Criminal Number 22-313, and (3) the government's Change of Plea Memorandum filed under both Criminal Numbers 21-357 and 22-313, be unsealed until further order of the Court, and that

2

the remaining docket entries under both Criminal Numbers 21-357 and 22-313 shall be sealed and impounded until further order of the Court, with the exception that all future filings from the date of this Order shall be unsealed and appear as public docket entries on Criminal Numbers 21-357 and 22-313 unless this Court is presented with, and grants, a motion to seal and impound a specific docket entry for good cause.

The government requests that this motion and accompanying order are sealed and impounded until further order of the Court.

Respectfully yours,

JACQUELINE C. ROMERO
United States Attorney


/s/ Justin Ashenfelter
JUSTIN ASHENFELTER
Assistant United States Attorney


Dated:    September 21, 2022

3

## **<u>CERTIFICATE OF SERVICE</u>**

I certify that on this day I caused a copy of the Government's Change of Plea

Memorandum served in open court and by electronic mail on the following:

Patrick J. Egan, Esq. at PEgan@foxrothschild.com
Karl Schwartz, Esq. at schwartz@wisemanschwartz.com


<u>/s/ Justin Ashenfelter</u>
JUSTIN ASHENFELTER
Assistant United States Attorney


Date:   September 21, 2022